IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROLAND FERGUSON, )
)
    Petitioner, )
)
v. ) CASE NO. CV414-070
)
IMMIGRATION AND CUSTOMS )
ENFORCEMENT and UNTIED STATES )
DEPARTMENT OF HOMELAND SECURITY, )
)
    Respondents. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA